**Electronically Filed**
**Supreme Court**
**SCWC-19-0000100**
**09-APR-2020**
**02:01 PM**

SCWC-19-0000100

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

FRED E. HOFER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000100; CASE NO. 3DTC-15-012343)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Fred E. Hofer's

application for writ of certiorari, filed on February 28, 2020,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 9, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

